AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

STATE OF NEVADA,

       Plaintiff,
v.

UNITED STATES DEPARTMENT OF
ENERGY and ITS SECRETARY,
SAMUEL BODMAN,

       Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  03-06-CV-153-ECR(RAM)

**TO:** (Name and Address of Defendant)

The Honorable Daniel Bogden
U.S. Attorney for the District of Nevada
100 W. Liberty Street, Suite 600
Reno, Nevada 89501

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

Marta A. Adams, Sr. Deputy Attorney General
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717

Joseph R. Egan, Esq.
Charles J. Fitzpatrick, Esq.
Robert J. Cynkar, Esq.
Egan, Fitzpatrick, Malsch & Cynkar, PLLC
8300 Boone Boulevard, Suite 340
Vienna, Virginia 22182

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson

Clerk

March 22, 2006

Date



AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.